**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6227**

_____

MARION L. SHERROD,

              Plaintiff - Appellant,

        v.

SUPERINTENDENT KORNEGAY; MS. SHEARIN, Trust Fund Account
Supervisor; MAILROOM SUPERVISOR,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:13-ct-03196-BO)

_____

Submitted: April 17, 2014          Decided: April 22, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marion L. Sherrod, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion L. Sherrod appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sherrod v. Kornegay, No. 5:13-ct-03196-BO (E.D.N.C. Nov. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED